```
15 MAG        1718
```
Approved: ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯
         HAGAN SCOTTEN
         Assistant United States Attorney

Before: THE HONORABLE KEVIN NATHANIEL FOX
        United States Magistrate Judge
        Southern District of New York

☐ ORIGINAL

U.S. DISTRICT COURT FILED MAY 20 2015 S.D. OF N.Y.

DOC # 1

------------------------- x
                          :
UNITED STATES OF AMERICA  :
                          :   15 Mag.
     - v. -               :
                          :   RULE 5(c)(3)
MOHAMMED ILYAS,           :   AFFIDAVIT
                          :
          Defendant.      :
                          :
------------------------- x

SOUTHERN DISTRICT OF NEW YORK, ss:

      CHRISTOPHER L. PADURANO, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about October 23, 2002, the United States District Court for the District of South Carolina issued a bench warrant for the arrest of "Mohammed Ilyas" in connection with criminal case number 2-cr-1042. Copies of the arrest warrant and the indictment are attached hereto and incorporated by reference herein.

      I believe that MOHAMMED ILYAS, the defendant, who was taken into the custody of the FBI on May 20, 2015, is the same individual as "Mohammed Ilyas," who is wanted in the District of South Carolina.

      The bases for my knowledge and for the foregoing charge are, in part, as follows:

      1. I am a Special Agent with the FBI. I have been personally involved in determining whether MOHAMMED ILYAS, the defendant, is the same individual as the "Mohamed Ilyas" named in the October 23, 2002 arrest warrant from the United States District Court for the District of South Carolina. Because this Affidavit is being submitted for the limited purpose of

establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

       2. Based on my review of documents from proceedings in the United States District Court for the District of South Carolina, I know that:

       a. On or about October 23, 2002, the United States District Court for the District of South Carolina issued a warrant for the arrest of "Mohammed Ilyas."

       b. The warrant was issued in connection with an indictment, number 2-cr-1042, charging "Mohammed Ilyas" with a violation of 8 U.S.C. § 1325(c).

       3. At or about 5:37 am on May 20, 2015, MOHAMMED ILYAS, the defendant, was arrested in Piscataway, New Jersey.

       4. I viewed a photograph of "Mohammed Ilyas" in the alien registration file concerning the "Mohammed Ilyas" named in the arrest warrant issued by the United States District Court for the District of South Carolina, and believe that photograph to depict the same person as MOHAMMED ILYAS, the defendant.

       5. Following his arrest on May 20, 2015, MOHAMMED ILYAS, the defendant, provided a driver's license bearing the name of "Mohammed Ilyas" which was the same name in the arrest warrant issued by the United States District Court for the District of South Carolina.

       6. MOHAMMED ILYAS, the defendant, has informed me that he was living in South Carolina at the time of the offense charged in the indictment issued in the District of South Carolina and that at that time he was married to the co-defendant named in that indictment.

WHEREFORE, deponent prays that MOHAMMED ILYAS, the defendant, be imprisoned or bailed as the case may be.

*[signature: Christopher L. Padurano]*
CHRISTOPHER L. PADURANO
Special Agent
Drug Enforcement Agency

Sworn to before me this
20th day of May, 2015.

*[signature: Kevin Nathaniel Fox]*
THE HONORABLE KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

ATTACHMENTS

FILED

OCT 2 3 2002

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NUMBER: 7:02-1042 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER FOR |
| MOHAMMAD ILYAS | ) | BENCH WARRANT |

The Clerk of Court is hereby directed to issue a warrant for the above-named Defendant, MOHAMMAD ILYAS, whose last known address is unknown, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the Defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina

October 23, 2002

I SO MOVE:

J. STROM THURMOND, JR.
UNITED STATES ATTORNEY

By: _____
Kevin F. McDonald (I.D. #5934)
Assistant United States Attorney
105 N. Spring Street, Suite 200
Greenville, South Carolina 29601
(864) 282-2100

AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

UNITED STATES OF AMERICA

v.

**MOHAMMAD ILYAS**
8831 20th Ave, Brooklyn, NY
   or
1115 Gilmore Ct., Brooklyn, NY or
   or
1589 Ocean Ave., Apt 4G, Brooklyn, NY

**WARRANT FOR ARREST**
C/R No. 7:02-1042

(Name and Address of Defendant)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**MOHAMMAD ILYAS**_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation

charging him or her with

For charges, see attached copy of Indictment. A copy of the Indictment is attached for service on defendant.

in violation of Title __8__, United States Code, Section(s) __1325(c)__.

**LARRY W. PROPES**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

_____
Signature of Issuing Officer

October 23, 2002, Greenville, South Carolina
Date and Location

(By) Deputy Clerk

BOND TO SET BY JUDICIAL OFFICER BEFORE WHOM
DEFENDANT INITIALLY APPEARS

Name of Judicial Officer
United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 7:02-1042 |
| ) | 8 USC § 1325(c) |
| vs. ) | |
| ) | |
| MINNIE FARR ) | |
| MOHAMMAD ILYAS ) | |

FILED
OCT 22 2002
LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

<u>INDICTMENT</u>

<u>COUNT 1</u>

THE GRAND JURY CHARGES:

1. On or about October 24, 2000, in the District of South Carolina, the defendants, MINNIE FARR, a citizen of the United States, and MOHAMMAD ILYAS, an alien in the United States from Pakistan, knowingly entered into a marriage with each other for the purpose of evading the provisions of the immigration laws of the United States.

2. By entering into said fraudulent marriage MINNIE FARR and MOHAMMAD ILYAS intended that MOHAMMAD ILYAS would obtain the rights and privileges accorded an alien who is a lawfully-admitted permanent resident of the United States, including but not limited to:

1

(a) authorization from the United States Immigration and Naturalization Service (INS) to remain in the United States permanently without having to apply for authorization to the INS for extensions of stay in the United States; and

(b) authorization from the INS to seek permanent employment in the United States;

In violation of Title 8, United States Code, Section 1325(c).

A ___TRUE___ Bill

___FOREPERSON___

/s/ J. Strom Thurmond, Jr.
J. STROM THURMOND, JR. (kfm)
UNITED STATES ATTORNEY

2