# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 15-MJ-01718    Date 8/25/2015

USAO No. 2015R00783

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint   ✓ Removal Proceedings in

United States v. Mohammed Ilyas

The ~~Complaint~~/Rule 40 Affidavit was filed on 5/20/2015

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Sean S. Buckley
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATE 8/25/15

Distribution: White→Court     Yellow→U.S. Marshals     Green→Pretrial Services     Pink→AUSA Copy